UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| JEFFREY H. ALLEN on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>UTILIQUEST, LLC, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 13-00049 SBA (LB)<br><br>**NOTICE OF REFERRAL AND ORDER**<br><br>[Re: ECF No. 26] |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to United States Magistrate Judge Laurel Beeler. Order of Reference, ECF No. 26. The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: August 1, 2013

               _____
               LAUREL BEELER
               United States Magistrate Judge

C 13-00049 SBA (LB)
NOTICE OF REFERRAL AND ORDER